JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAWARWINDER SINGH, | Case No. 2:26-cv-00789-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Count Two for procedural due process.

The remaining two Counts are dismissed without prejudice.

DATED: April 3, 2026



PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE